**_EXHIBIT 6_**

# Making Home Affordable Program

**Servicer Performance Report Through December 2009**

## Overview of Administration Housing Stability Initiatives

### Initiatives to Support Access to Affordable Mortgage Credit and Housing

**Lower Mortgage Rates and Access to Credit:**

- Continued financial support to maintain affordable mortgage rates through the Government Sponsored Enterprises (GSEs)
- Interest rates down a full percentage point over the past year. Every 1% reduction in interest rate saves a borrower a median of $1500 annually in mortgage payments.
- Access to sustainable mortgages through the Federal Housing Administration (FHA).

**State and Local Housing Initiatives:**

- Access for Housing Finance Agencies to provide mortgages to first-time homebuyers, refinance opportunities for at-risk borrowers, and affordable rental housing.

**Tax Credits for Housing:**

- Homebuyer credit to help homebuyers buy new homes.
- Low-Income Housing Tax Credit (LIHTC) programs to support affordable rental housing.

### Initiatives to Prevent Avoidable Foreclosures and Stabilize Neighborhoods

**Making Home Affordable – Modifications:**

- Goal of offering 3-4 million homeowners lower mortgage payments through a modification through 2012.
- Over 900,000 homeowners have started trial modifications and over 1 million offers for trial modifications have been extended to borrowers.
- Homeowners in permanent modifications are saving a median of over $500 per month on mortgage payments. In aggregate, homeowners have saved over $1.5 billion through modifications.

**Making Home Affordable – Refinancing:**

- Refinancing flexibility and low mortgage rates, which have allowed over 3.8 million borrowers to refinance, saving an estimated $150 per month on average and more than $6.8 billion in total over the first year.

**Neighborhood Stabilization and Community Development Programs:**

- Support for the hardest hit communities to help stabilize neighborhoods.

# Making Home Affordable Program

## Servicer Performance Report Through December 2009

Mortgage Rates
Percent
20
18
16
14
12
10
8
6
4
2
0
1975 1978 1981 1984 1987 1990 1993 1996 1999 2002 2005 2008
Conventional 30-year Fixed Rate
10-year Treasury Rate
Housing Inventory
Months
14
12
10
8
6
4
2
0
1999 2002 2005 2008
Months' supply of existing homes at the current sales pace
Months' supply of new homes at the current sales pace
Home Prices
Index: Jan 2000 = 100
230
210
190
170
150
130
110
90
70
50
1999 2002 2005 2008
Case/Shiller 20-city composite
Loan Performance National Home Price Index
FHFA purchase-only index
New and Existing Home Sales
Thousands
1,600
1,400
1,200
1,000
800
600
400
200
0
7,000
6,000
5,000
4,000
3,000
2,000
1,000
0
1999 2002 2005 2008
Sales of existing homes (right axis)
Sales of new homes (left axis)

Source: Federal Reserve.

Source: National Association of Realtors.

Sources: S&P/Case-Shiller Home Price Index; LP/Haver Analytics; FHFA.

Source: National Association of Realtors, Census Bureau.

Note: Shaded areas indicate recessions.

2

MAKING HOME AFFORDABLE

# Making Home Affordable Program

**Servicer Performance Report Through December 2009**

## Home Affordable Modification Program (HAMP) Snapshot through December 2009

| | |
|---|---|
| Number of Trial Period Plan Offers Extended to Borrowers (Cumulative) [1] | 1,164,507 |
| All HAMP Trials Started Since Program Inception[2] | 902,620 |
| All Active Modifications (Trial and Permanent) | 853,696 |
| Active Trial Modifications[2] | 787,231 |
| Permanent Modifications[3] | 66,465 |
| Permanent Modifications Pending Borrower Acceptance[4] | 46,056 |
| Total Permanent Modifications Approved by Servicers[5] | 112,521 |

[1] Source: Survey data provided by servicers.
[2] As reported by the HAMP system of record.
[3] Active permanent modifications as reported by servicers into the HAMP system of record.
[4] As reported by servicers in Treasury's Conversion Campaign. Pending permanent modifications are those pending final signature of the borrower plus completed modifications not yet in the HAMP system of record. While pending, modifications are reflected in the count of active trials.
[5] Permanent modifications in the HAMP system of record and pending modifications as reported by servicers in Treasury's Conversion Campaign. Pending permanent modifications are those pending final signature of the borrower plus completed modifications not yet in the HAMP system of record. While pending, modifications are reflected in the count of active trials.

## HAMP Program Highlights

- Approximately 89% of eligible mortgage debt outstanding is covered by HAMP participating servicers.
- During the 4th quarter, the number of servicers who have signed servicer participation agreements to modify loans under HAMP rose from 63 to 102. In addition, approximately 2,300 lenders service loans owned or guaranteed by Fannie Mae or Freddie Mac. These servicers are automatically eligible to participate in HAMP.
- In the 4th quarter, the volume of active trial and permanent modifications rose by more than 75% from the 3rd quarter.
- The December Conversion Campaign resulted in an increase in the number of permanent modifications of more than 100%. In addition, more than 46,000 offers for permanent modifications have been sent to borrowers and will be reported to the HAMP system of record once they have been signed and returned to the servicer.

*Additional information on HAMP can be found on MakingHomeAffordable.gov or by calling the Homeowner's HOPE Hotline at 1-888-995-HOPE (4673).*

## HAMP Trials Started (Cumulative, by Month)

1,000,000
900,000
800,000
700,000
600,000
500,000
400,000
300,000
200,000
100,000
0
54,161
152,965
269,955
413,391
545,408
698,481
804,625
902,620
May and Prior
June
July
August
September
October
November
December

Source: All trial modifications started by month first payment posted; based on numbers reported by servicers to the HAMP system of record.

## HAMP Trial Plans Offered to Borrowers (Cumulative, by Month)

1,400,000
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0
105,806
242,366
406,542
571,354
757,955
919,965
1,032,837
1,164,507
May and Prior
June
July
August
September
October
November
December

Source: Survey data provided by servicers. September data includes October 1. October data is 10/2 through 10/29. November data is through Nov. 26.

3

MAKING HOME AFFORDABLE

# Making Home Affordable Program

## Servicer Performance Report Through December 2009

- Borrowers in active trial and permanent modifications have saved more than $1.5 billion through HAMP modifications.
- Loss of income is the primary borrower hardship.

### Permanent Modifications by Waterfall Step:

| Step | |
|---|---|
| Interest Rate Reduction | 100% |
| Term Extension | 43.2% |
| Principal Forbearance | 26.6% |

### Predominant Hardship Reasons for Permanent Modifications

Curtailment of Income[1]
51.8%
Excessive Obligation
11.2%
Unemployment
5.6%
Illness of Principal Borrower
2.7%
0%
10%
20%
30%
40%
50%
60%

[1] Curtailment of income refers to borrowers who are employed but have faced a reduction in hours and/or wages.
Note: Does not include 19.3% of permanent modifications reported as Other.

### Select Median Characteristics of Permanent Modifications

| Loan Characteristic | Before Modification | After Modification | Decrease |
|---|---|---|---|
| Front-End Debt-to-Income Ratio[1] | 45.0% | 31.0% | -14.1 pct pts |
| Back-End Debt-to-Income Ratio[2] | 72.2% | 55.1% | -14.7 pct pts |
| Median Monthly Payment[3] | $1,418.93 | $829.96 | -$516.14 |

[1] Ratio of housing expenses (principal, interest, taxes, insurance and homeowners association and/or condo fees) to monthly gross income. Decrease cited is median decrease.
[2] Ratio of total monthly debt payments (including mortgage principal and interest, taxes, insurance, homeowners association and/or condo fees, plus payments on installment debts, junior liens, alimony, car lease payments and investment property payments) to monthly gross income. Decrease cited is median decrease.
[3] Decrease cited is median decrease.

# Making Home Affordable Program

## Servicer Performance Report Through December 2009

### HAMP Modification Activity by Servicer

| Servicer | Estimated Eligible 60+ Day Delinquency[1] | Trial Plan Offers Extended[2] | All HAMP Trials Started[2] | Active Trial Modifications[2] | Permanent Modifications[2] | Permanent Modifications Pending[3] | Active Trials + Permanents as Share of Eligible 60+ Day Delinquencies |
|---|---|---|---|---|---|---|---|
| American Home Mortgage Servicing Inc | 124,262 | 14,243 | 10,918 | 10,658 | 232 | | 9% |
| Aurora Loan Services, LLC[4] | 78,225 | 41,259 | 36,618 | 21,912 | 4,682 | 2,737 | 34% |
| Bank of America, NA[5] | 1,046,008 | 292,305 | 206,775 | 200,287 | 3,183 | 9,178 | 19% |
| Bank United | 5,422 | 959 | 685 | 683 | 2 | | 13% |
| Bayview Loan Servicing, LLC | 10,183 | 4,170 | 3,653 | 3,398 | 106 | | 34% |
| Carrington Mortgage Services LLC | 18,937 | 2,598 | 1,507 | 899 | 608 | | 8% |
| CCO Mortgage | 5,304 | 1,474 | 1,132 | 1,127 | 5 | | 21% |
| CitiMortgage, Inc.[6] | 241,981 | 139,812 | 119,097 | 107,999 | 4,999 | 6,968 | 47% |
| Franklin Credit Management Corporation | 9,557 | 32 | 0 | 0 | 0 | | 0% |
| GMAC Mortgage, Inc. | 69,281 | 42,411 | 32,159 | 20,672 | 9,872 | 2,733 | 44% |
| Green Tree Servicing LLC | 10,927 | 4,838 | 3,455 | 3,268 | 87 | | 31% |
| HomEq Servicing | 41,817 | 2,630 | 1,753 | 1,662 | 0 | | 4% |
| J.P. Morgan Chase Bank, NA[7] | 424,965 | 210,553 | 156,359 | 146,828 | 7,139 | 5,518 | 36% |
| Litton Loan Servicing LP | 111,260 | 25,641 | 21,113 | 17,377 | 959 | | 16% |
| Nationstar Mortgage LLC | 49,026 | 21,902 | 14,588 | 12,176 | 1,277 | | 27% |
| Ocwen Financial Corporation, Inc. | 64,797 | 17,557 | 12,884 | 7,427 | 5,332 | 2,256 | 20% |
| OneWest Bank | 112,846 | 41,950 | 24,284 | 23,012 | 1,226 | | 21% |
| PNC Mortgage[8] | 41,136 | 19,413 | 13,237 | 12,153 | 61 | | 30% |
| Saxon Mortgage Services, Inc. | 72,709 | 39,843 | 36,406 | 30,914 | 2,497 | 5,853 | 46% |
| Select Portfolio Servicing | 63,690 | 46,918 | 29,280 | 17,399 | 4,675 | | 35% |
| US Bank NA | 28,524 | 10,103 | 7,404 | 6,984 | 418 | | 26% |
| Wachovia Mortgage, FSB[9] | 82,990 | 9,199 | 2,437 | 2,046 | 344 | 725 | 3% |
| Wells Fargo Bank, NA | 350,169 | 172,541 | 126,413 | 110,284 | 8,424 | 10,088 | 34% |
| Other SPA servicers[10] | 20,463 | 2,156 | 1,414 | 928 | 457 | | 7% |
| Other GSE Servicers[11] | 272,365 | NA | 39,049 | 27,138 | 9,880 | | 14% |
| **Total** | **3,356,844** | **1,164,507** | **902,620** | **787,231** | **66,465** | **46,056** | **25%** |

[1] Estimated eligible 60+ day delinquent mortgages as reported by servicers as of November 30, 2009 include conventional loans:
- in foreclosure and bankruptcy.
- with a current unpaid principal balance less than $729,750 on a one-unit property, $934,200 on a two-unit property, $1,129,250 on a three-unit property and $1,403,400 on a four-unit property.
- on a property that was owner-occupied at origination.
- originated prior to January 1, 2009.

Estimated eligible 60+ day delinquent loans excludes:
- FHA and VA loans.
- loans that are current or less than 60 days delinquent, which may be eligible for HAMP if a borrower is in imminent default.

Servicers enrolling after December 1 did not participate in the 60+ day delinquency survey; their delinquency count is from the servicer registration form.

[2] Active trial and permanent modifications as reported into the HAMP system of record by servicers.

[3] As reported by servicers targeted in Treasury's Conversion Campaign. Includes permanent modifications pending final signature of the borrower plus completed modifications not yet reported into the HAMP system of record. While pending, modifications are reflected in the count of active trials.

[4] Aurora Loan Services, LLC includes Aurora Financial Group.

[5] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loan Services and Wilshire Credit Corporation.

[6] CitiMortgage, Inc. includes CitiMortgage, Inc. Master Servicing Division.

[7] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.

[8] Formerly National City Bank.

[9] Wachovia Mortgage FSB includes Wachovia Bank NA.

[10] Other SPA servicers are entities with less than 5,000 estimated eligible 60+ day delinquencies that have signed participation agreements with Treasury and Fannie Mae. A list of those servicers is available online at *http://www.makinghomeaffordable.gov/contact_servicer.html*

[11] Includes servicers of loans owned or guaranteed by Fannie Mae and Freddie Mac.

### Active Modifications as a Share of Estimated Eligible 60+ Day Delinquencies

CitiMortgage 47%
Saxon 46%
GMAC 44%
J.P. Morgan Chase 36%
Select Portfolio 35%
Aurora 34%
Wells Fargo 34%
Bayview 34%
Green Tree 31%
PNC Mortgage 30%
Nationstar 27%
US Bank 26%
OneWest 21%
CCO 21%
Ocwen 20%
Bank of America 19%
Litton 16%
Bank United[1] 13%
American Home 9%
Carrington 8%
HomEq 4%
Wachovia 3%
October
November
December
0% 5% 10% 15% 20% 25% 30% 35% 40% 45% 50%
% of Eligible 60+ Day Loans in Active Trial

[1] Bank United began participation on October 23, 2009.

Note: Includes active trial and permanent modifications. Servicer combinations are the same as the table at left.
October trials as a share of 60+ day delinquencies on September 30, 2009.
November trials as a share of 60+ day delinquencies on October 31, 2009.
December trials as a share of 60+ day delinquencies on November 30, 2009.

# Making Home Affordable Program

## Servicer Performance Report Through December 2009

### HAMP Activity by State

| State | Active Trials | Permanent Modifications | Total | State | Active Trials | Permanent Modifications | Total |
|---|---|---|---|---|---|---|---|
| AK | 459 | 34 | 493 | MT | 1,052 | 88 | 1,140 |
| AL | 5,521 | 435 | 5,956 | NE | 1,291 | 116 | 1,407 |
| AR | 2,182 | 228 | 2,410 | NC | 16,401 | 1,535 | 17,936 |
| AZ | 38,989 | 4,137 | 43,126 | ND | 190 | 15 | 205 |
| CA | 158,935 | 13,353 | 172,288 | NH | 3,498 | 351 | 3,849 |
| CO | 11,170 | 1,072 | 12,242 | NJ | 26,490 | 2,027 | 28,517 |
| CT | 10,063 | 802 | 10,865 | NM | 2,806 | 239 | 3,045 |
| DC | 1,428 | 105 | 1,533 | NV | 20,597 | 1,942 | 22,539 |
| DE | 2,560 | 250 | 2,810 | NY | 36,308 | 1,974 | 38,282 |
| FL | 96,703 | 8,405 | 105,108 | OH | 17,489 | 1,477 | 18,966 |
| GA | 31,147 | 2,627 | 33,774 | OK | 2,530 | 178 | 2,708 |
| HI | 2,714 | 240 | 2,954 | OR | 8,888 | 875 | 9,763 |
| IA | 2,554 | 174 | 2,728 | PA | 18,459 | 1,388 | 19,847 |
| ID | 3,167 | 308 | 3,475 | RI | 3,694 | 338 | 4,032 |
| IL | 41,793 | 3,149 | 44,942 | SC | 8,636 | 699 | 9,335 |
| IN | 8,821 | 718 | 9,539 | SD | 376 | 30 | 406 |
| KS | 2,428 | 172 | 2,600 | TN | 8,997 | 752 | 9,749 |
| KY | 3,479 | 258 | 3,737 | TX | 27,092 | 1,485 | 28,577 |
| LA | 4,990 | 289 | 5,279 | UT | 6,599 | 637 | 7,236 |
| MA | 17,817 | 1,619 | 19,436 | VA | 19,791 | 1,898 | 21,689 |
| MD | 25,847 | 2,270 | 28,117 | VT | 571 | 53 | 624 |
| ME | 2,120 | 190 | 2,310 | WA | 15,455 | 1,515 | 16,970 |
| MI | 26,777 | 2,326 | 29,103 | WI | 7,873 | 767 | 8,640 |
| MN | 14,813 | 1,527 | 16,340 | WV | 1,372 | 120 | 1,492 |
| MO | 9,980 | 668 | 10,648 | WY | 423 | 43 | 466 |
| MS | 3,210 | 307 | 3,517 | Other* | 611 | 222 | 833 |

* Includes Guam, Puerto Rico and the U.S. Virgin Islands.

Note: Figures include active trial and permanent modifications. They do not include 113 loans that did not have identifiable state data.

### HAMP Activity by State

HAMP Modifications
5,000 and lower
5,001 – 10,000
10,001 – 20,000
20,001 – 35,000
35,001 and higher

Note: Includes active trial and permanent modifications from the official HAMP system of record.

### Mortgage Delinquency Rates by State

60+ Day Delinquency Rate

- 5.0% and lower
- 5.01% - 10.0%
- 10.01% - 12.5%
- 12.51% and higher

Source: Mortgage Bankers Association. Data is as of 3rd Quarter 2009.

# Making Home Affordable Program

**Servicer Performance Report Through December 2009**

## 15 Metropolitan Areas With Highest HAMP Activity

| Metropolitan Statistical Area | Active Trials | Permanent Modifications | Total HAMP Activity | % of All HAMP Activity |
|---|---|---|---|---|
| New York-Northern New Jersey-Long Island, NY-NJ-PA | 48,692 | 3,056 | 51,748 | 6.1% |
| Los Angeles-Long Beach-Santa Ana, CA | 45,945 | 3,469 | 49,414 | 5.8% |
| Chicago-Naperville-Joliet, IL-IN-WI | 40,291 | 3,036 | 43,327 | 5.1% |
| Miami-Fort Lauderdale-Pompano Beach, FL | 37,261 | 2,987 | 40,248 | 4.7% |
| Riverside-San Bernardino-Ontario, CA | 36,671 | 3,383 | 40,054 | 4.7% |
| Phoenix-Mesa-Scottsdale, AZ | 32,075 | 3,453 | 35,528 | 4.2% |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 27,201 | 2,446 | 29,647 | 3.5% |
| Atlanta-Sandy Springs-Marietta, GA | 25,107 | 2,165 | 27,272 | 3.2% |
| Las Vegas-Paradise, NV | 17,187 | 1,531 | 18,718 | 2.2% |
| Detroit-Warren-Livonia, MI | 16,687 | 1,336 | 18,023 | 2.1% |
| Orlando-Kissimmee, FL | 15,516 | 1,400 | 16,916 | 2.0% |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 13,994 | 1,125 | 15,119 | 1.8% |
| Boston-Cambridge-Quincy, MA-NH | 12,596 | 1,184 | 13,780 | 1.6% |
| Minneapolis-St. Paul-Bloomington, MN-WI | 12,136 | 1,237 | 13,373 | 1.6% |
| Tampa-St. Petersburg-Clearwater, FL | 12,044 | 1,159 | 13,203 | 1.5% |

Note: Figures include active trial and permanent modifications.

A complete list of HAMP activity for all MSAs is available at *http://www.financialstability.gov/docs/press/MSA%20Data%20December.pdf*

## HAMP Modifications by Investor Type (20 Largest Servicers)

| Servicer | GSE | Private | Portfolio | Total |
|---|---|---|---|---|
| Bank of America, NA[1] | 128,699 | 65,404 | 9,367 | 203,470 |
| JP Morgan Chase NA[2] | 68,140 | 63,956 | 21,871 | 153,967 |
| Wells Fargo Bank, NA | 90,757 | 22,910 | 5,041 | 118,708 |
| CitiMortgage, Inc. | 74,098 | 7,252 | 31,648 | 112,998 |
| Saxon Mortgage Services Inc. | 1,206 | 31,882 | 323 | 33,411 |
| GMAC Mortgage, Inc. | 17,089 | 13,455 | 0 | 30,544 |
| Aurora Loan Services, LLC | 15,647 | 10,639 | 308 | 26,594 |
| OneWest Bank | 14,937 | 8,012 | 1,289 | 24,238 |
| Select Portfolio Servicing | 522 | 19,118 | 2,434 | 22,074 |
| Litton Loan Servicing LP[3] | 2,228 | 15,443 | 665 | 18,336 |
| Nationstar Mortgage LLC | 8,845 | 4,485 | 123 | 13,453 |
| Ocwen Financial Corporation, Inc. | 2,508 | 10,231 | 20 | 12,759 |
| PNC Mortgage[4] | 10,868 | 7 | 1,339 | 12,214 |
| American Home Mortgage Servicing Inc | 723 | 10,167 | 0 | 10,890 |
| US Bank NA | 6,041 | 7 | 1,354 | 7,402 |
| Bayview Loan Servicing, LLC | 0 | 3,461 | 43 | 3,504 |
| Green Tree Servicing LLC | 3,156 | 190 | 9 | 3,355 |
| Wachovia Mortgage, FSB[5] | 1,500 | 97 | 793 | 2,390 |
| HomEq | 0 | 1,662 | 0 | 1,662 |
| Carrington Mortgage Services LLC | 0 | 1,507 | 0 | 1,507 |
| Remainder of HAMP Servicers | 38,454 | 14 | 1,752 | 40,220 |
| **Total** | **485,418** | **289,899** | **78,379** | **853,696** |

[1] Bank of America, NA includes Bank of America, NA, BAC Home Loans Servicing LP, Home Loans Services and Wilshire Credit Corporation.
[2] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[3] Loans previously reported as portfolio have been restated as private per supplemental guidance from Treasury.
[4] Formerly National City Bank.
[5] Wachovia Mortgage FSB includes Wachovia Bank NA.

Note: Figures reflect active trials and permanent modifications.